UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   Civil Action No.: CV-04-5722 (JG)(RLM)
UNITED STATES OF AMERICA,                   §
                                            §
                        Plaintiff,          §
        - against-                          §
                                            §
JEAN E. REY,                                §
                                            §
                        Defendant.          §
-----------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 22 2006 ★

**BROOKLYN OFFICE**

## DEFAULT JUDGMENT

Because Jean E. Rey failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Jean E. Rey:

**Claim No. C100-05142W**

| | |
|---|---|
| Principal Balance: | $3,137.44 |
| Total Interest Accrued at 8.260%: | $2,116.68 |
| Filing and Service of Process: | $220.00 |
| Subtotal: | $5,474.12 |
| Attorney's Fees: | $1,094.82 |
| Total Owed: | $6,568.94 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York

March 21, 2006

                                    s/John Gleeson
                                    _____
                                    John Gleeson
                                    United States District Judge